```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
ERIC GARVIN,                                                      :
                                                                  :
                          Plaintiff,                              :
                                                                  :          21-cv-4087 (LJL)
         -v-                                                      :
                                                                  :              ORDER
THE CITY OF NEW YORK,                                             :
                                                                  :
                          Defendant.                              :
                                                                  :
------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

    As discussed at the conference held today, Plaintiff has until March 18, 2022 to file an amended complaint. If no amended complaint is filed by that date, the case will proceed on Plaintiff's original complaint.

    A telephonic case management conference is scheduled for April 20, 2022 at 2:00 p.m. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101. By April 13, 2022, the parties are hereby ordered to jointly submit to the Court a proposed Case Management Plan and Scheduling Order. A template is available at https://www.nysd.uscourts.gov/hon-lewis-j-liman.

    Discovery is held in abeyance until April 20, 2022.

SO ORDERED.

Dated: February 16, 2022
       New York, New York

                                        LEWIS J. LIMAN
                                        United States District Judge

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/16/2022