

STEVEN R. FILOSA
ASSOCIATE
DIRECT TEL.: 516.355.9607
DIRECT FAX: 516.667.1201
SFILOSA@RFRIEDMANLAW.COM

April 13, 2022

**VIA ECF ONLY**
Honorable Judge Robert W. Lehrburger
United States Magistrate Judge
United States District Court, Southern District NY
500 Pearl Street
New York, New York 10007

      Re.:    Eric Garvin v. The City of New York
                   21-cv-04087 (LJL)

Dear Judge Lehrburger:

      As the Court's docket will reflect, I am listed as counsel for Plaintiff Eric Garvin in the above-referenced matter. I write to inform the Court that I am no longer in the employ of Phillips & Associates, PLLC. Therefore, I respectfully request that my name be removed as counsel for Plaintiff in this matter. Plaintiff Eric Garvin will suffer no prejudice as he continues to be represented by Ms. Lewis-Bonilla, Mr. Friedman, and Mr. White.

Thanking the Court for its time and consideration, I remain

                                    Respectfully,
                                    **THE RUSSELL FRIEDMAN LAW GROUP, LLP**
             By:    */S Steven R. Filosa*
                                    Steven R. Filosa, Esq.

cc:    All Parties (Via ECF Only)