UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

ERIC E. GARVIN,

                               Plaintiff,

         -against-                        **STIPULATION OF DISCONTINUANCE <u>WITH PREJUDICE</u>**

                                                               21-cv-4087 (LJL)

THE CITY OF NEW YORK,

                              Defendant.

------------------------------------------------------------------------x

      **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and Defendant, as represented by their attorneys below, that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is hereby discontinued with prejudice.

Dated:      New York, New York
              June  9    , 2022

| | |
|---|---|
| **KEITH WHITE, PLLC** | **HON. SYLVIA HINDS-RADIX** |
| Keith White, Esq. | Corporation Counsel of the |
| 198A Rogers Avenue | City of New York |
| Brooklyn, NY 11225 | Attorney for Defendant |
| (718)403-9261 | 100 Church Street, Room 2-117 |
| | New York, New York 10007 |
| | (212) 356-2078 |
| By:_____ | By: _____ |
| Keith White | Lora Minicucci |
| | Assistant Corporation Counsel |